IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 10-00065-KD-B |
| | ) | |
| LINDA S. LEDET, | ) | |
|     Defendant. | ) | |

**ORDER**

The matter is before the Court on Defendant Linda S. Ledet's "Limited Appearance to File Notice of Stay," wherein Defendant Ledet has notified the court that on June 29, 2011, she filed a Chapter 13 Bankruptcy Petition (Case No. 11-02614). (Doc. 36).

The Court's review of the docket of the U.S. Bankruptcy Court for the Southern District of Alabama indicates that Defendant Linda S. Ledet, filing as Linda Susan Perry, filed a Chapter 7[1] Voluntary Petition for Bankruptcy on June 29, 2011.

Pursuant to 11 U.S.C. § 362, this filing operates as an automatic stay of this action against Defendant Linda S. Ledet.

Accordingly, it is hereby **ORDERED** that all proceedings against Defendant Linda S. Ledet are **STAYED** pending further Order of this Court.

**DONE** and **ORDERED** this the **11th** day of **July 2011.**

                                      /s/ Kristi K. DuBose
                                      **KRISTI K. DuBOSE**
                                      **UNITED STATES DISTRICT JUDGE**

---

1 Not Chapter 13 as Defendant Ledet indicates in the Limited Appearance. (Doc. 36).